UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACQUELINE DAVIS,
    Plaintiff,

 -vs-                                                  Case No. 2:15-cv-12657-PDB-DRG
                                                       Hon. Paul D. Borman
                                                       Mag. Judge: David R. Grand

AMERICAN PROFIT RECOVERY, INC.,
    Defendant.

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff voluntarily dismisses the above-captioned action with prejudice and without costs or attorney's fees to any party.

                                      Respectfully Submitted,

                                      LYNGKLIP & ASSOCIATES
                                      CONSUMER LAW CENTER, PLC

                                      By:  /s/ Carl Schwartz
                                      Carl Schwartz (P-70335)
                                      Attorney for Jacqueline Davis
                                      24500 Northwestern Highway, Suite 206
                                      Southfield, Michigan 48075
                                      (248) 208-8864
                                      Carl@MichiganConsumerLaw.Com

Dated: December 9, 2015

## Certificate of Service

I, Carl Schwartz, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Respectfully Submitted,

LYNGKLIP & ASSOCIATES
CONSUMER LAW CENTER, PLC

By:  /s/ Carl Schwartz
Carl Schwartz (P-70335)
Attorney for Jacqueline Davis
24500 Northwestern Highway, Suite 206
Southfield, Michigan 48075
(248) 208-8864
Carl@MichiganConsumerLaw.Com

Dated: December 9, 2015