UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACQUELINE DAVIS,

    Plaintiff,　　　　　　　　　　　　　Case No. 15-12657

    　　　　　　　　　　　　　　　　　　Paul D. Borman
v.　　　　　　　　　　　　　　　　　　United States District Judge

AMERICAN PROFIT RECOVERY, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

On December 9, 2015 the plaintiff filed a notice of voluntary dismissal with prejudice and without costs or attorney's fees to any party.

Accordingly, it is **ORDERED** that the above matter is **DISMISSED** with prejudice and without costs or attorney's fees to any party.

s/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: December 28, 2015

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on December 28, 2015.

s/Deborah Tofil
Case Manager